ORAL ARGUMENT NOT YET SCHEDULED
Nos. 26-7123, 26-7049, 26-7052

_____

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

BARBARA J. LEE, ET AL.,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, ET AL.,

*Defendants-Appellants*,

_____

On Appeal from the United States District Court
for the District of Columbia, 1:21-cv-00400-APM

_____

# DECLARATION OF EDWARD G. CASPAR IN SUPPORT OF
# OPPOSITION TO EMERGENCY MOTION FOR A STAY
# PENDING APPEAL

_____

I, Edward G. Caspar, hereby declare as follows:

1. I am an attorney licensed in the District of Columbia and serve as Chief Counsel for the Lawyers' Committee for Civil Rights Under Law. I am counsel for Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason Deroche, and Reginald Cleveland ("Plaintiffs") in *Smith v. Trump*, No. 1:21-cv-02265 (D.D.C.). I make this declaration in support of Plaintiffs' Opposition to Trump's Emergency Motion for a Stay Pending Appeal. I have personal knowledge of the facts set forth in this Declaration.

2. On January 26, 2023, the District Court issued an order permitting discovery against all defendants except for Trump in *Smith*.

3. Since then, nine defendants have filed answers to the *Smith* Amended Complaint.

4. Discovery against the non-Trump defendants has continued since the District Court's January 26, 2023 order. Plaintiffs have sought and received discovery from individual Proud Boy and Oath Keeper defendants, as well as the Campaign Defendants, and others. The non-Trump defendants, including the Campaign Defendants, have propounded written discovery requests that Plaintiffs have responded to.

Plaintiffs and the non-Trump defendants have produced documents in response to written discovery requests. And the Campaign Defendants have taken the depositions of four Plaintiffs to date.

5. Discovery as to non-parties has also proceeded since the District Court's January 26, 2023 order, including discovery as to government agencies and other third parties. For example, Plaintiffs' subpoena to Roger Stone, Jr. was served on September 27, 2023, and seeks, among other things, documents relating to all defendants (including Trump).

6. Although Plaintiffs noticed the depositions of Ivanka Trump, Jared Kushner, and Mark Meadows on January 10, 2025, Plaintiffs have not attempted to schedule those depositions after the District Court's May 13, 2025 order staying depositions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: June 26, 2026

/s/ *Edward G. Caspar*
Edward G. Caspar

2