# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-7049**                                    **September Term, 2025**

**1:21-cv-00400-APM**

**Filed On:** July 16, 2026

Barbara J. Lee, et al.,

       Appellees

    v.

Donald J. Trump, solely in his personal
capacity,

       Appellant

Proud Boys International, L.L.C., et al.,

       Appellees

------------------------------

Consolidated with 26-7052, 26-7123

**BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal and an immediate administrative stay, the opposition thereto, and the reply; and the amicus brief, which the court construes as including a motion to participate as amicus curiae, it is

**ORDERED** that the motion to participate as amicus curiae be granted. It is

**FURTHER ORDERED** that, with one exception, the motion for an automatic stay of all proceedings in Smith v. Trump, No. 1:21-cv-02265 (D.D.C.), be granted. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982). The automatic stay does not extend to the district court's resolution of the pending motion filed by defendants Ethan Nordean and Joseph Biggs on March 16, 2026, which seeks relief from defaults entered against them. It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-7049**                                    **September Term, 2025**

 

      **FURTHER ORDERED**, on the court's own motion, that the following briefing schedule will apply in these consolidated cases:

| | |
|---|---|
| Appellants' Briefs | August 10, 2026 |
| Appendix | August 10, 2026 |
| Appellees' Joint Brief | September 4, 2026 |
| Appellants' Reply Briefs | September 18, 2026 |

      The Clerk is directed to schedule this case for oral argument on the first appropriate date in October 2026.  The parties will be informed later of the date of oral argument and the composition of the merits panel.

      Appellants should raise all issues and arguments in the opening briefs.  The court ordinarily will not consider issues and arguments raised for the first time in the reply briefs.

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 43–44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

<u>**Per Curiam**</u>

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

          BY:   /s/
                Selena R. Gancasz
                Deputy Clerk